UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JULIAN A. URBAN,

                              Plaintiff,

     -against-

DR. MARY T. BASSETT, in her official capacity as
Commissioner of Health for the State of New York,
and DR. LYNN FUSCO, in her official capacity as
Superintendent of Schools of Erie 1 BOCES,

                              Defendants.

_____

**STIPULATION OF CONSENT TO REMOVAL**

Docket No.: 22-cv-00019

     Defendant DR. MARY T. BASSETT, sued in her official capacity as Commissioner of Health for the State of New York, consents to removal of the above-referenced action on the basis that the action brought by the Plaintiff arises under the Constitution, treaties, or laws of the United States and therefore raises a federal question over which this Court has original jurisdiction. Docket No. 1.

Dated: January 7, 2022
       Buffalo, New York

                                            LETITIA JAMES
                                            Attorney General of the State of New York
                                            Attorney for Defendant Dr. Mary T. Bassett
                                            BY:
                                            *s/David J. Sleight*
                                            DAVID J. SLEIGHT
                                            Assistant Attorney General, of Counsel
                                            Main Place Tower, Suite 300
                                            Buffalo, New York 14202
                                            (716) 852-6274
                                            David.Sleight@ag.ny.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JULIAN A. URBAN,

                             Plaintiff,

                                                               Docket No.: 22-cv-00019

      -against-

DR. MARY T. BASSETT, in her official capacity as
Commissioner of Health for the State of New York,
and DR. LYNN FUSCO, in her official capacity as
Superintendent of Schools of Erie 1 BOCES,

                             Defendants.

---

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 7, 2022, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Ryan G. Smith
Meghan M. Hayes
Webster Szanyi LLP
*Attorneys for Defendant Lynn Fusco*
424 Main Street, Suite 1400
Buffalo, New York 14202
rsmith@websterszanyi.com
mhayes@websterszanyi.com

     And, I hereby certify that on January 7, 2022, I mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participant at his or her last known address:

Carl J. Schwartz, Jr.
*Attorney for Plaintiff*
131 Main Street, Suite 201-204
P.O. Box 681
Penn Yan, New York 14527
carlschwartz@fingerlakeslawgroup.com

DATED:   Buffalo, New York
         January 7, 2021

                                          LETITIA JAMES
                                          New York State Attorney General
                                          BY:
                                          */s/ David J. Sleight*
                                          DAVID J. SLEIGHT
                                          Assistant Attorney General
                                          Of Counsel
                                          Main Place Towers
                                          350 Main Street-Suite 300A
                                          Buffalo, New York 14202
                                          (716) 852-6274
                                          david.sleight@ag.ny.gov